UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20366-CIV-HOEVELER

RESHMA HARILAL,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S CORRECTED MOTION TO COMPEL ARBITRATION, DENYING AS MOOT DEFENDANT'S MOTION TO STAY DISCOVERY, DENYING PLAINTIFF'S MOTION TO CONDUCT LIMITED DISCOVERY TO RESPOND TO MOTION TO COMPEL ARBITRATION, GRANTING DEFENDANT'S MOTION TO STRIKE AFFIDAVIT OF AFFIANT "A.M."

THIS CAUSE comes before the Court upon Defendant's Corrected Motion to Compel Arbitration, Defendant's Motion to Stay Discovery and All Pretrial Deadlines, Defendant's Motions for Sanctions Pursuant to Rule 11, Plaintiff's Motion to Conduct Limited Discovery, Plaintiff's Motion for Sanctions Pursuant to Rule 11, Defendant's Motion to Strike Affidavit of "A.M." The motions have been fully briefed, and a hearing was held on all pending motions on May 13, 2008.[1]

The Court having reviewed the pending motions and arguments of the parties, and being guided by the clear precedent of the United States Court of Appeals for the Eleventh Circuit, see Bautista v. Star Cruises, 396 F.3d 1289 (11th Cir. 2005), it is hereby

---

[1] Plaintiff filed an Amended Complaint without leave on May 12, 2008. The Court applies all pending motions to the Amended Complaint.

ORDERED AND ADJUDGED as follows:

1. Defendant's Corrected Motion to Compel Arbitration [DE 5] is GRANTED. The Court retains jurisdiction for the limited purpose of enforcement of any future arbitral award.

2. Defendant's Motion to Stay Discovery [DE 8] is DENIED as moot.

3. Plaintiff's Motion to Conduct Limited Discovery to Respond to Defendant's Motion to Compel [DE 10] is DENIED.

4. Defendant's Motion to Strike Affidavit of Affiant "A.M." Filed by Plaintiff In Response to Defendant's Motion to Compel Arbitration [DE 26] is GRANTED, as was indicated by the Court during the hearing on May 13, 2008.

5. Defendant's Motion for Sanctions Pursuant to Rule 11 [DE 9], and Plaintiff's Motion for Sanctions Pursuant to Rule 11 [DE 25] shall be held in abeyance at this time, until further Order of the Court.

DONE AND ORDERED in Chambers in Miami this 15th day of May, 2008.

WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

cc: counsel of record