# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

FILED by _____ D.C.
NOV 02 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. - MIAMI

October 28, 2011

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 10-15105-GG
Case Style: Reshma Harilal v. Carnival Corp.
District Court Docket No: 1:08-cv-20366-WMH

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Jan S. Camp, GG
Phone #: (404) 335-6171

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-15105-GG

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 28 2011
JOHN LEY
CLERK

RESHMA HARILAL,

Plaintiff - Appellant,

versus

CARNIVAL CORPORATION,

Defendant - Appellee.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: CARNES and HULL, Circuit Judges.

BY THE COURT:

Appellant's voluntary motion to dismiss this appeal with prejudice, with the parties to bear their own costs, is GRANTED.

A True Copy Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: Jan Slamp
Deputy Clerk
Atlanta, Georgia